■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GASTON, Appellant. (Appeal No. 2.) — Judgment unanimously affirmed. Same memorandum as in *People v Gaston* (83 AD2d 761). (Appeal from judgment of Erie Supreme Court, Kasler, J. — criminal possession controlled substance, fifth degree.) Present — Cardamone, J.P., Callahan, Doerr, Denman and Moule, JJ.